**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan GONZALES, also known as Hugo Daniel–Rodrigues, also known as Miguel Ventura, also known as Ramon Olarra, also known as Daniel Hugo, also known as Jose Ventura–Ginez, also known as Hugo Daniel, Defendant–Appellant.**

**United States of America,
Plaintiff–Appellee**

v.

**Juan Gonzales, Defendant–Appellant.**

**Nos. 09–30702, 09–30703
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 23, 2010.

Donald W. Washington, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Carol B. Whitehurst, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Gonzales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gonzales has filed a response. Our independent review of the record, counsel's brief, and Gonzales's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.